IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED
AUG 1 4 2008
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____ DEPUTY

| | |
|---|---|
| ALFRED JUNIOR MILLS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-08-743-W |
| ) | |
| RANDY WORKMAN, Warden,[1] ) | |
| ) | |
| Respondent. ) | |

## ORDER

On July 22, 2008, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this matter and recommended that the Motion for Leave to Proceed in Forma Pauperis filed by petitioner Alfred Junior Mills be denied because Mills has sufficient financial resources to pay the filing fee. Mills was advised that the action would be dismissed unless he paid the full filing fee of $5.00 to the Clerk of the Court by August 11, 2008, or filed an objection to the Report and Recommendation by that date.

The docket indicates that Mills paid the filing fee of $5.00 in full on July 30, 2008. See Doc. 6.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation to the extent that Magistrate Judge Purcell recommended that Mills' Motion for Leave to Proceed in Forma Pauperis be denied;

(2) hereby DENIES Mills' Motion for Leave to Proceed in Forma Pauperis [Doc. 2] file-stamped July 18, 2008; and

---

[1]As noted in the Report and Recommendation issued on July 22, 2008, the only proper party respondent in this matter is Randy Workman, Warden.

(3) because Mills has now complied with Magistrate Judge Purcell's Report and Recommendation, RE-REFERS this matter to Magistrate Judge Purcell for further proceedings.

ENTERED this 14th day of August, 2008.

                                    LEE R. WEST
                                    UNITED STATES DISTRICT JUDGE